### 27915. GUIFFRIDA *v.* THE STATE.

GUERRY, J. This case is controlled in principle by the decision this day rendered in *Guiffrida* v. *State*, ante, 595.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*